
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: Allied Systems Holdings, Inc. et al.

| | |
|---|---|
| Yucaipa American Alliance Fund II LP, et al., | C.A. No. 13-1583 |
| Appellants, | Bankruptcy Case No. 12-11564 |
| | Adv. No. 13-50947 |
| v. | |
| | AP No. 13-84 |
| BDCM Opportunity Fund II, et al., | |
| Appellees. | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the firms of Sullivan Hazeltine Allinson LLC and Sidley Austin LLP hereby enter their appearance as counsel to the Official Committee of Unsecured Creditors in the above-captioned matter.

Date: September 25, 2013
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

and

**SIDLEY AUSTIN LLP**
Michael G. Burke, Esq.
Nicholas K. Lagemann, Esq.
Cameron Moxley, Esq.
Dennis Kao, Esq.
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

*Attorneys for the Official Committee of Unsecured Creditors*