IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| ALLIED SYSTEM HOLDINGS INC, *et al.*, | ) | Chapter 11 |
| | ) | Bank. No. 12-11564 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| YUCAIPA AMERICAN ALLIANCE FUND II, LP *et al.*, | ) | Adv. Nos. 12-50947 (CSS) |
| | ) | 13-50530 (CSS) |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civ. Nos. 13-cv-1580 (SLR) |
| | ) | 13-cv-1583 (SLR) |
| | ) | |
| BDCM OPPORTUNITY FUND II, LP, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER**

At Wilmington this 31st day of March, 2016, consistent with the memorandum opinion issued this same date, IT IS ORDERED that the bankruptcy court's August 7, 2013 order is affirmed, and the appeal is denied.

_____
United States District Judge