# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>ALLIED SYSTEMS HOLDINGS, INC. *et al.*,<br>  Debtors. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Bank. No. 12-11564 (CSS) |
| YUCAIPA AMERICAN ALLIANCE<br>FUND II LP, *et al.*<br>  Appellants,<br>v.<br>BDCM OPPORTUNITY FUND II, *et al.*<br>  Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 13-1583-SLR<br><br>Adv. No.  12-50947 (CSS) |

## NOTICE OF APPEAL TO UNITED STATES COURT
## OF APPEALS FOR THE THIRD CIRCUIT

Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P., along with Yucaipa American Alliance Fund II, L.P and Yucaipa American Alliance (Parallel) Fund II, L.P., the appellants in the above-named appeal, appeal to the United States Court of Appeals for the Third Circuit from the memorandum opinion and order of the district court for the District of Delaware, entered in this case on March 31, 2016 (D.I. 39, D.I. 40), affirming the bankruptcy court's order granting summary judgment to BDCM Opportunity Fund II, LP, Black Diamond CLO 2005-1 Ltd., and Spectrum Investment Partners, L.P. in connection with a determination of the Requisite Lenders and deeming them Requisite Lenders, entered on August 7, 2013 (Adv. No. 12-50947, D.I. 275).

The parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **(Debtors)**<br>Mark D. Collins, Esq.<br>Christopher M. Samis, Esq.<br>Andrew C. Terranova, Esq.<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700 | **(U.S. Trustee)**<br>David L. Buchbinder, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035<br>Telephone: (302) 573-6491 |
| **(Debtors)**<br>Jeffrey W. Kelley, Esq.<br>Ezra H. Cohen, Esq.<br>Carolyn P. Richter, Esq.<br>Matthew R. Brooks, Esq.<br>Troutman Sanders LLP<br>Bank of America Plaza<br>600 Peachtree Street, Suite 5200<br>Atlanta, GA 30308-2216<br>Telephone: (404) 885-3000 | **(Official Committee of Unsecured Creditors)**<br>William D. Sullivan, Esq.<br>William A. Hazeltine, Esq.<br>Elihu E. Allinson, III, Esq.<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Telephone: (302) 428-8191 |
| **(Official Committee of Unsecured Creditors)**<br>Michael G. Burke, Esq.<br>Brian J. Lohan, Esq.<br>Dennis Kao, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300 | **(Official Committee of Unsecured Creditors)**<br>Matthew A. Clemente, Esq.<br>Sidley Austin LLP<br>One South Deaborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000 |
| **(The CIT Group/Business Credit, Inc.)**<br>Richard W. Riley, Esq.<br>Sommer L. Ross, Esq.<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900 | **(The CIT Group/Business Credit, Inc.)**<br>Israel David, Esq.<br>Gary L. Kaplan, Esq.<br>Carl I. Stapen, Esq.<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>Telephone: (212) 859-8080 |

01:18631639.1

| | |
|---|---|
| **(Petitioning Creditors, Del Mar Distressed Opportunities Master Fund, MJX Asset Management, LLC, Par-Four Investment Management, Spectrum Investment Partners LP, Teak Hill-Credit Capital Investments, LLC)**<br><br>Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899<br>Telephone: (302) 467-4400 | **(Petitioning Creditors, Del Mar Distressed Opportunities Master Fund, MJX Asset Management, LLC, Par-Four Investment Management, Spectrum Investment Partners LP, Teak Hill-Credit Capital Investments, LLC)**<br><br>Lawrence Gelber, Esq.<br>Adam C. Harris, Esq.<br>Robert J. Ward, Esq.<br>Victoria A. Lepore, Esq.<br>David M. Hillman, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 756-2000 |
| **(Yucaipa)**<br><br>Robert A. Klyman<br>Maurice M. Suh<br>Kahn Scolnick<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000 | **(Yucaipa)**<br><br>Michael R. Nestor, Esq.<br>Edmon L. Morton, Esq.<br>Michael S. Neiburg, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600 |
| AMMC VIII, Limited<br>c/o MaplesFS Limited<br>P.O. Box 1093<br>Queensgate House<br>113 South Church Street<br>Cayman Islands | Avenue Capital Group<br>National Corporation Research, Ltd.<br>615 S. Dupont Hwy<br>Dover, DE 19901 |

Dated: April 29, 2016

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/* Michael R. Nestor
Michael R. Nestor (No. 3526)
Edmon L. Morton (No. 3856)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

01:18631639.1

-and-

GIBSON, DUNN & CRUTCHER LLP
Robert A. Klyman
Maurice M. Suh
Kahn Scolnick
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000

*Attorneys for Appellants*

01:18631639.1